

$50 FEE PAID
#118989
FEE NOT PAID
(PER LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Deborah Belk et al      *
    Plaintiff(s)      *
            Case No.: L02-3309
vs.      *

NCO Financial Systems, Inc.      *
    Defendant(s)
         ******

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

OCT 15 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
         DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, __Michael C. Worsham__, am a member in good standing of the bar of this Court. My bar number is __25923__. I am moving the admission of __Lisa M. Raimondi__ to appear *pro hac vice* in this case as counsel for __Plaintiff__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois State Court | 11/96 |
| United States District Court for the Northern District of Illinois | 12/96 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice l..... n any jurisdiction, then he/she must subm..... statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_Michael C. Worsham_
Signature
_Michael C. Worsham_
Printed Name
_Michael C. Worsham, Esq._
Firm
_1916 Cosner Rd_
_Forest Hill, MD 21050_
Address
_(410) 557-6192_
Telephone Number
_(507) 357-1930_
Fax Number

PROPOSED ADMITTEE
_[signature]_
Signature
_Lisa M. Raimondi_
Printed Name
_Raimondi & Orton, Ltd._
Firm
_4305 N. Lincoln Avenue, Chicago IL 60618_
Address
_(773) 296-6583_
Telephone Number
_(773) 442-0488_
Fax Number

********************************************************************

### ORDER

☒ GRANTED    ☐ DENIED

_10-18-02_
Date

Felicia C. Cannon
by: _[signature]_
Clerk, United States District Court