THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

$50 FEE PAID
# 1189189
FEE NOT PAID
(SEND LETTER)

Deborah Belle et al.
Plaintiff(s)

vs.

NCO Financial Systems, Inc.
Defendant(s)

\*\*\*\*\*

Case No.: L02-3309

____FILED ____ENTERED
____LODGED ____RECEIVED

OCT 15 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael C. Worsham, am a member in good standing of the bar of this Court. My bar number is 25923. I am moving the admission of Michelle D. Orton to appear *pro hac vice* in this case as counsel for Plaintiff.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois State Court | 11/97 |
| United States District Court for the Northern District of Illinois | 12/97 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court   0   times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law ___ any jurisdiction, then he/she must submit ___ .tement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Michael C. Worsham* (signature) | (signature) |
| Signature | Signature |
| Michael C. Worsham | Michelle D. Oaton |
| Printed Name | Printed Name |
| Michael C. Worsham, Esq. | Raimondi & Oaton, Ltd. |
| Firm | Firm |
| 1916 Cosner Road | 4305 N. Lincoln Av., Chicago IL 60618 |
| Forest Hill, MD 21050 | |
| Address | Address |
| (410) 557-6192 | (773) 296-6583 |
| Telephone Number | Telephone Number |
| (509) 357-1930 | (773) 442-0688 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☑ GRANTED    ☐ DENIED    Felicia C. Cannon

10-18-02                by *(signature)*

Date                    **Clerk, United States District Court**