FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2002 DEC 26  P 12: 17

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| DEBORAH BELLE, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO.   L 02 CV 3309 |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation ) ) ) ) | |
| and ) ) | |
| JOHN DOE ) ) | |
| Defendants. ) | |

## ORDER

Plaintiff, having moved this Court for an extension of time in which to file her response to Defendants' Motion to Dismiss and upon consideration of Plaintiff's Motion by this Court, it is on this day 24 TH day of December, 2002, hereby

ORDERED, that Plaintiff's Motion To Extend Time is Granted, and that the Plaintiff shall file a Response to Defendant's Motion To Dismiss on or before January 6, 2003.

_____
JUDGE

3



Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192
Maryland Federal Bar # 25923
Attorney for Plaintiff

Lisa M. Raimondi
Michelle D. Orton
Raimondi & Orton, Ltd.
4305 N. Lincoln Avenue
Chicago, Illinois 60618
(773) 296-6583
Attorneys for Plaintiff

Jonathon E. Claiborne
Jennifer Ryan Lazenby
Whiteford, Taylor & Preston, L.L.P.
400 Court Towers
210 West Pennsylvania Avenue
Towson, MD 21204
(410) 832-2000
Attorneys for Defendants

David Israel
Brian D. Roth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, Suite 350
New Orleans, LA 70170
(504) 582-1500
Attorneys for Defendants

4