IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH BELLE                             :
                                          :
  v.                                      :     CIVIL NO. L-02-3309
                                          :
NCO FINANCIAL SYSTEMS, INC., et al.       :

# ORDER

Pending before the Court is Defendant NCO Financial Systems, Inc.'s Motion to Dismiss. For the reasons set forth in the Memorandum of even date, the Court:

(i) DENIES Defendant's motion, without prejudice to renewal of Defendant's arguments when Plaintiff files a motion for class certification; and

(ii) ORDERS the parties to submit, within two weeks from the date of this Order, a joint status report that:

(a) describes the discovery that Plaintiff will conduct relating to the class allegations,

(b) proposes a deadline for the completion of such discovery, and

(c) proposes a deadline for Plaintiff to file a motion for Rule 23 class certification. Plaintiff is advised that her motion for class certification must contain more than conclusory allegations and must set forth specific facts that allow the Court to adequately evaluate whether the requirements of Rule 23 are satisfied.

It is so ORDERED this 22nd day of July, 2003.

                                    _____/s/_____
                                    Benson Everett Legg
                                    Chief Judge