UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE,<br>individually, and on behalf<br>of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL NO.  L-02-3309<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Order entered on July 22, 2003, counsel for Plaintiff and Defendants hereby submit the following joint status report:

(1) The court has requested a description of the discovery that Plaintiff will conduct relating to the class allegations. Plaintiff has previously served upon Defendants her First Request for Production of Documents and First Set of Interrogatories requesting information, including but not limited to, Defendant's policies and procedures beginning September 11, 2001 and for the year prior to September 11, 2001. Plaintiff's discovery requests also solicit information regarding Defendant's collection and receipt of post-dated checks and the names and addresses of individuals who provided post-dated checks over the telephone to the Defendant prior to and after September 11, 2001

(2) As Plaintiff has already tendered the discovery requests, the parties propose a discovery deadline of ninety (90) days. Defendant will respond to Plaintiff's previously served discovery by September 5, 2003. The parties will have an additional sixty (60) days, or until November 4, 2003, to determine whether or not depositions will be necessary regarding class certification issues.

(3)   The parties propose that Plaintiff will have twenty-one (21) days, or until November 25, 2003, to submit her motion for class certification. Defendant will have until December 16, 2003, to file its response and Plaintiff will have until December 30, 2003 to reply, if necessary.

DATED: August 4, 2003

Respectfully submitted,

_____
Lisa M. Raimondi, On Behalf of Plaintiff
Raimondi & Orton, Ltd.
4305 North Lincoln Avenue
Chicago, Illinois 60618
(773) 296-6583
*Admitted Pro Hac Vice*

_____
David Israel, On Behalf of Defendant
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, Suite 350
New Orleans, LA 70170
(504) 582-1500

Jonathan E. Claiborne, On Behalf of Defendant
Whiteford, Taylor & Preston, LLP
210 West Pennsylvania Avenue
Towson, Maryland 21204
(410) 832-2000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ____ ENTERED
____ ____ RECEIVED

AUG - 5 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

| | |
|---|---|
| DEBORAH BELLE, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL NO.  L-02-3309 |
| NCO FINANCIAL SYSTEMS, INC., et al. | ) |
| Defendants. | ) |

NOTICE OF FILING

Please take notice that on August 4, 2003, we caused to be filed with the clerk for the United States District Court, the attached Joint Status Report, a copy of which is hereby served upon you.

DATED: August 4, 2003

Respectfully submitted,

*Lisa M. Raimondi*

Lisa M. Raimondi
Michelle D. Orton
Raimondi & Orton, Ltd.
4305 North Lincoln Avenue
Chicago, Illinois 60618
(773) 296-6583
*Admitted Pro Hac Vice*

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Status Report was mailed, first class, postage prepaid, on the 5th day of August, 2003 to the following counsel for Defendants:

Jonathon E. Claiborne
Whiteford, Taylor & Preston, L.L.P.
400 Court Towers
210 West Pennsylvania Avenue
Towson, MD 21204
(410) 832-2000
Attorneys for Defendants

David Israel
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, Suite 350
New Orleans, LA 70170
(504) 582-1500
Attorneys for Defendants

_____
Lisa M. Raimondi