UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                              Reply to Northern Division Address

August 6, 2003

Lisa M. Raimondi                              David Israel
Raimondi & Orton, Ltd                         Sessions, Fishman & Nathan, L.L.P.
4305 North Lincoln Avenue                     201 St. Charles Avenue, Suite
Chicago, Illinois 60618                       New Orleans, LA 70170

Jonathan E. Claiborne
Whiteford, Taylor & Preston, LLP
210 West Pennsylvania Avenue
Towson, Maryland 21204

            Re: Case No. L 02-3309
Dear Counsel/Party:        Belle v. NCO Financial Systems, Inc., et al.

  Your Joint Status Report and Notice of Filing was received in paper format on 8/5/03.

[X] The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ] You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

All further filings in this case <u>must</u> be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

  If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

  Please be advised that any future filings which are not made electronically may be returned to you.

                Very truly yours,

                /s/
                Evaleen Gibbons
                for
                Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 7/9/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov