UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE, <br> individually, and on behalf <br> of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br> a Pennsylvania Corporation <br><br> and <br><br> JOHN DOE <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   NO.   L 02 CV 3309 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>ORDER</u>**

Plaintiff, having moved this Court for an extension of time for the parties to complete discovery, and upon consideration of Plaintiff's Motion by this Court, it is on this day _____ day of November, 2003, hereby

ORDERED, that the parties are granted an additional sixty (60) days to complete discovery or until January 3, 2004.

IT IS FURTHER ORDERED that Plaintiff is granted twenty-one (21) days or until January 23, 2004, in which to then submit her Motion for Class Certification.  Defendant will have until February 13, 2004, in which to file its response and Plaintiff will have until February 27, 2004 to reply, if necessary.

_____
JUDGE

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192
Maryland Federal Bar # 25923
Attorney for Plaintiff

Lisa M. Raimondi
Michelle D. Orton
Raimondi & Orton, Ltd.
4305 N. Lincoln Avenue
Chicago, Illinois 60618
(773) 296-6583
Attorneys for Plaintiff

Jonathon E. Claiborne
Jennifer Ryan Lazenby
Whiteford, Taylor & Preston, L.L.P.
400 Court Towers
210 West Pennsylvania Avenue
Towson, MD 21204
(410) 832-2000
Attorneys for Defendants

David Israel
Brian D. Roth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, Suite 350
New Orleans, LA 70170
(504) 582-1500
Attorneys for Defendants