# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE,<br>individually, and on behalf<br>of all others similarly situated, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | )  NO.  L 02 CV 3309 |
| NCO FINANCIAL SYSTEMS, INC.,<br>a Pennsylvania Corporation | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOE | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, having moved this Court for an extension of time for the parties to complete discovery, and upon consideration of Plaintiff s Motion by this Court, it is on this day ___7 *7th*___ day of November, 2003, hereby

ORDERED, that the parties are granted an additional sixty (60) days to complete discovery or until January 3, 2004.

IT IS FURTHER ORDERED that Plaintiff is granted twenty-one (21) days or until January 23, 2004, in which to then submit her Motion for Class Certification.  Defendant will have until February 13, 2004, in which to file its response and Plaintiff will have until February 27, 2004 to reply, if necessary.

_B. Legg_

JUDGE

_Benson E. Legg_
_USDJ_