UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | NO.   L 02 CV 3309 |
| NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation ) ) ) ) | |
| and ) ) | |
| JOHN DOE ) ) | |
| Defendants. ) | |

## MOTION TO EXTEND DISCOVERY TIME PERIOD

Plaintiff, through her counsel, moves this Court to grant the parties additional time in which to complete discovery.  This Court granted Plaintiff until January 3, 2004, to complete oral discovery. Plaintiff has been attempting to schedule the depositions of key employees and has requested from defense counsel dates that these individuals would be made available for their depositions.  As of the date of the filing of this motion, counsel for Defendant has not been forthcoming in providing any dates to Plaintiff, making Plaintiff unable to schedule these depositions. Therefore, Plaintiff requests additional time to complete these depositions.  A proposed Order is attached.

Respectfully submitted,

/s/

| | |
|---|---|
| Michael C. Worsham, Esquire | Lisa M. Raimondi, Esquire |
| 1916 Cosner Road | Michelle D. Orton, Esquire |
| Forest Hill, Maryland 21050 | Raimondi & Orton, Ltd. |
| (410) 557-6192 | 4305 N. Lincoln Avenue |
| Maryland Federal Bar # 25923 | Chicago, Illinois 60618 |
| | (773) 296-6583 |

Attorneys for Plaintiff