004 JAN -8 P 12: 53

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

_____ DEPUTY

DEBORAH BELLE,
individually, and on behalf
of all others similarly situated,

      Plaintiffs,    )

v.    )    NO    L 02 CV 3309

NCO FINANCIAL SYSTEMS, INC.,
a Pennsylvania Corporation

and    )
    )
JOHN DOE
    )
    Defendants.

_____

## ORDER

Plaintiff, having moved this Court for an extension of time for the parties to complete discovery, and upon consideration of Plaintiff's Motion by this Court, it is on this ~~day~~ 8th _____ day of January, 2004, hereby

ORDERED, that the parties are granted an additional sixty (60) days to complete discovery or until March 2, 2004.

IT IS FURTHER ORDERED that Plaintiff is granted twenty-one (21) days or until March 23 2004, in which to then submit her Motion for Class Certification. Defendant will have until April 22, 2004, in which to file its response and Plaintiff will have until ~~April~~ May 7, 2004 to reply, if necessary.

/s/
_____
CHIEF JUDGE BENSON EVERETT LEGG