UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH BELLE,<br>Individually, and on behalf<br>of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>A Pennsylvania Corporation<br><br>Suite 210<br>891 Elkridge Landing Road<br>Lintchcum, Maryland 21090<br><br>and<br><br>JOHN DOE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. L 02 CV 3309 |

## DEFENDANT'S REQUEST FOR HEARING

The Defendant, NCO Financial Systems, Inc., requests a hearing with respect to its Motion for Partial Summary Judgment filed in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Jonathan E. Claiborne, Bar Number 347
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-9409

_____/s/_____
David Israel
Brian D. Roth
Sessions, Fishman & Nathan L.L.P.
201 St. Charles Avenue, Suite 3500
New Orleans, LA  70170
504-582-1500
Attorneys for Defendant