UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE,<br>Individually, and on behalf<br>of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>A Pennsylvania Corporation<br><br>Suite 210<br>891 Elkridge Landing Road<br>Lintchcum, Maryland 21090<br><br>and<br><br>JOHN DOE<br><br>      Defendants. | NO. L 02 CV 3309 |

**ORDER**

Upon consideration of the Motion for Partial Summary Judgment/Dismissal of Count I of Plaintiff's Complaint filed by Defendant NCO Financial Systems, Inc., and any opposition thereto,

IT IS this _____ day of _____, 2004, hereby ORDERED that Defendants' Motion for Partial Summary Judgment/Dismissal and Award of Costs and Attorneys' Fees is granted and that Count I of Plaintiff's Complaint is hereby dismissed, with prejudice. It is hereby further ORDERED that Defendant provide affidavits

attesting to its costs and attorneys' fees for the Court's valuation of the Award of Costs and Attorneys' fees.

 

_____
Judge Benson E. Legg,
Federal District Court of Maryland

Copies to:

Jonathan E. Claiborne, Bar Number 347
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202
(410) 347-9409

and

David Israel
Brian D. Roth
Sessions, Fishman & Nathan L.L.P.
201 St. Charles Avenue, Suite 3500
New Orleans, LA 70170
504-582-1500
Attorneys for Defendant

Michael C. Worsham, Esquire
1916 Cosner Road
Forest Hill, Maryland 21050-2210

and

Lisa M. Raimondi, Esquire
Michelle D. Orton, Esquire
Raimondi & Orton, Ltd.
Lincoln Professional Center
4305 North Lincoln Avenue
Chicago, Illinois 60618
Attorneys for Plaintiff