UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE,<br>Individually, and on behalf<br>of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>A Pennsylvania Corporation<br><br>and<br><br>JOHN DOE<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　NO. L 02 CV 3309<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSES TO PLAINTIFF, DEBORAH BELLE'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes defendant, NCO Financial Systems, Inc., ("NCO"), and in response to Deborah Belle's first Request for Production of Documents, respectfully avers:

1. All documents relating to the alleged debt of Plaintiff, Deborah Belle and the collection thereof.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1**

Defendant objects to the Request as overbroad. Notwithstanding said objection, responsive documents identified and attached to Interrogatory No. 10.

2. All documents relating to Defendant's activities to collect Plaintiff, Deborah Belle's debt including but not limited to correspondence and telephone logs.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 2:**

Defendant objects to the Request as overbroad. Notwithstanding said objection, see account notes identified and produced in response to Interrogatory No. 10.

3. All documents relating to all payments made through any means by Plaintiff, Deborah Belle.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 3:**

Defendant objects to the Request as overbroad. Notwithstanding said objection, see account notes identified and produced in response to Interrogatory No. 10. Specifically, see the "PAYMENTS" section of the account notes.

4. All documents relating to all payments made by Plaintiff, Deborah Belle, that were cashed or were attempted to be cashed by Defendant.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 4:**

Defendant objects to the Request as overbroad. Notwithstanding said objection, none, other than responsive documents previously identified.

5. All internal documents, memoranda, etc., of the Defendant's policies and procedures regarding its collection efforts beginning September 11, 2001 to the present date.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 5:**

See objections and responses to Interrogatory No. 14 and documents identified and produced in response thereto.

6. All internal documents, memoranda, etc., of the Defendant's policies and procedures regarding its collection efforts for the year prior to September 11, 2001.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 6:**

See objections and responses to Interrogatory No. 14 and documents identified and produced in response thereto.

7. Copies all notices utilized by Defendant in connection with post-dated checks.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 7:**

NCO objects to the Request as vague, overbroad and irrelevant to the allegations contained in the Complaint. Notwithstanding said objections, see Exhibits "B" and "K" identified and produced in response to Interrogatory No. 10.

8. Copies of all notices provided to Plaintiff, Deborah Belle, in connection with the post-dated checks provided by Deborah Belle to Defendant.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 8:**

See Exhibit "K" identified and produced in response to Interrogatory No. 10.

9. All operation manuals, memos, instructions or similar documents, etc., utilized by Defendant in connection with post-dated checks.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 9:**

NCO objects to the Request as vague, overbroad, burdensome and irrelevant to the allegations contained in the Complaint. Notwithstanding said objections, see documents identified and produced in response to Interrogatory No. 14.

10. All operation manuals, memos, instructions or similar documents, etc., utilized by Defendant in connection with its employees' telephone calls placed to consumers.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 10:**

NCO objects to the Request as vague, overbroad, burdensome and irrelevant to the allegations contained in the Complaint. Notwithstanding said objections, see documents identified and produced in response to Interrogatory No. 14.

11. All documents relied on by Defendant in response to Plaintiff's First Set of Interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 11:**

Produced.

12. Copies of all reports and documents utilized by an expert that Defendant proposes to call at trial.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 12:**

None at this time.

13. All exhibits that Defendant proposes to introduce at trial.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 13:**

NCO has not identified what exhibits it purposes to introduce at trial.

14. All documents that contain information, data, records or tables regarding Defendant's receipt of payments via post-dated checks (a) before September 11, 2001 and (b) after September 11, 2001.

**RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS NO 14:**

NCO objects to the Request as vague, overbroad and burdensome. Notwithstanding said objections, no such document exists or did exist. See objections and response to Interrogatory No. 10.

Respectfully Submitted,

*[signature: Jonathan Claiborne]*

Jonathan E. Claiborne (Bar No. 347)
Jennifer Ryan Lazenby (Bar No. 25886)
WHITEFORD, TAYLOR, & PRESTON L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, Maryland 21202
Tele: 410-347-9409
Facsimile: 410-347-9446

*Of Counsel*

David Israel
SESSIONS, FISHMAN & NATHAN, L.L.P.
201 St. Charles Ave., 35th Floor
New Orleans, LA 70170-3500
Tele: 504-582-1500
Facsimile: 504-582-1555

Attorneys for Defendant,
NCO Financial Systems, Inc.

# FACT SHEET

```
CRS #:        466666                              Client #:    612656-1
Name:         BELLE, DEBORAH                      AMERICAN EXPRESS
Address:      C/O MICHAEL C. WORSHAM, ESQ         Acct #:      1560472340
              1916 COSNER RD
City/State:   FOREST HILL, MD 21050-2210          Regarding:   371560472341001
Home Phone:   (410) 557-6192                      Amt Refered:       823.82
Work Phone:   (000) 000-0000                      Current Bal:       643.41
Soc Sec No:   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                         Comm Rate:        15.000%
Employer:     HOME PROPERTIES NY                  Costs:               0.00
                                                  Ck Chg/Fee:          0.00
                                                  Other      0.00
Status:       34   RETURNED TO CLNT               Interest Rate:     0.000%
Coll Unit:    TW   TRACEY WILD                    Interest Amt:        0.00
Date Last:    00/00/00                            Date Received:  10/05/01
Activity Code:   RE REAL ESTATE                        ****** RETURNED ******
Anniv Date    11/01/99
Req Fr Date   00/00/00
Req To Date   00/00/00
Old JDR #     Last:                         First:
Cancel Date   09/01/01
LN Req Date   00/00/00
LN Received   Y
SF Sent Date  00/00/00
SF Recall
RFS Date      00/00/00
KRF$ Balance              0.00CB Amount        000000000
CB Date       000000
KFSA Amount               0.00Complaint
Cmp Date      00/00/00
Cmp Res Date  00/00/00
Unused Data
==================================================================
DEBORAH BELLE
CEASE AND DESIST
FAXED VY AT AMEX




==================================================================
----------PAYMENTS---------------    ------------TRANSACTIONS--------------
--Date--    Amount    Code   Rate    --DATE--   TIME   AC/RC  ----COMMENT----  ID
01/20/02     30.00 DX 43AX9 100.0%   10/09/01   02:12  SN/K                    -CB
12/23/01    -25.41 CR 43213 100.0%   10/09/01   05:23  RA/GI                   SYS
12/21/01     30.00 DX 43213 100.0%   10/09/01   13:21  TA/200                  A44
11/21/01     30.00 DX 43213 100.0%   10/10/01   15:45  ST/ F   SMART ALX - CBR A14
10/30/01    275.00 IT 16213  15.0%   10/10/01   15:49  SC/SC                   A14
10/20/01     30.00 DX 43213 100.0%   REV LASER NO INFO NO SUPPS REV CBR
10/05/01      0.00    97             ADR MATCH POSS HME
```


EXHIBIT A

```
466666    BELLE, DEBORAH                                        Page 2

-------------PAYMENTS----------------       -------------TRANSACTIONS--------------
--Date--      Amount    Code    Rate        --DATE--   TIME   AC/RC   ----COMMENT----   ID

                                            10/10/01  15:50   TR/LM                     A14
                                               ON MACH I D AS SELF
                                            10/10/01  15:52   IR/NB                     A14
                                               PER DA NN ON P OE
                                            10/10/01  15:54   TW/LM   ON MACH           A14
                                            10/10/01  17:40   DC/PP   275.00 ON 10-31   A14
                                               CM DID AP TD AS WELL AS 11 30-275.
                                               00 12 31-275.00
                                            10/10/01  17:41   CS/10                     A14
                                            10/10/01  17:41   CS/16                     A14
                                            10/11/01  11:01   RP/RP                     A06
                                               ON 10-31-01 FOR 275.00 1519
                                            10/11/01  11:01   CS/18                     A06
                                            10/11/01  11:01   RP/RP                     A06
                                               ON 11-30-01 FOR 275.00 1520
                                            10/11/01  11:01   RP/RP                     A06
                                               ON 12-31-01 FOR 275.00 1521
                                            10/24/01  13:47   SR/SR                     A15
                                               GOOD EFFORTS WITH PAYMENT 275
                                            11/05/01  06:10   AM/IN                     SYS
                                               INITIAL RECALL 040302
                                            11/05/01  08:45   SP/RV                     A31
                                               CM CALLED WAS UPSET THAT HER CKING
                                            11/05/01  11:24   SR/SR                     A15
                                               PDC S RECEIEVED... GOOD JOB
                                            11/19/01  09:49   SR/SR                     A15
                                               NOTATE PDCS FOR REMANING BALANCE
                                            11/19/01  17:00   CC/CC                     SYS
                                               ACTIVITY-NU-1560472340
                                            11/19/01  17:00   IO/AQ                     SYS
                                               MITI SCRUB CODE H
                                            11/21/01  00:30   SN/84                     NOG
                                            11/26/01  18:48   SP/CO                     CF8
                                               CM CLED IN REQ WE VOID CKS ON FILE
                                               11-30..12-31...CK NUM 1520-1521 275.
                                               00 X 2
                                            11/26/01  18:49   DP/DP                     CF8
                                               ON 11-30-01 FOR 275.00 1520
                                            11/26/01  18:49   CS/48                     CF8
                                            11/26/01  18:49   DP/DP                     CF8
                                               ON 12-31-01 FOR 275.00 1521
                                            11/26/01  18:49   CS/18                     CF8
                                            12/10/01  09:12   SR/SR                     PRW
                                               RCVD COMPLAINT LETTER FROM CM,
                                               WANTING A LETTER TO SAY WE HAVE
                                               DESTOYED ALL PDCS IN HOUSE AND CM
                                               WANTS TO BE REIMBURSED FOR BANK
                                               FEES TOTALING 70.00....
                                            12/10/01  12:24   SC/SC                     A14
                                               RESPONDED 2 COMPLAINT LTTR AND FRWD
                                               2 MANAGER
                                            01/03/02  16:36   SR/SR                     A15
                                               PDCS DESTROYED LETS FOLLOW UP WITH
                                               CM ON HOW BALANCE IS GOING TO BE
```

```
466666    BELLE, DEBORAH                                    Page 3

-----------PAYMENTS----------------    -------------TRANSACTIONS--------------
--Date--      Amount     Code    Rate  --DATE--   TIME   AC/RC   ----COMMENT----   ID
                                         RESOLVED
                                       01/08/02  16:01  CS/73                      JE3
                                       01/14/02  11:15  TA/213                     PRW
                                       01/14/02  11:16  CC/CC                      PRW
                                         A1-6428 HIGHBANKS CT
                                       01/14/02  11:16  CC/CC                      PRW
                                         CSZ-ELKRIDGE         MD 21075
                                       01/14/02  11:16  CC/CC   HP-4105792813      PRW
                                       01/14/02  11:16  CC/CC   WP-4107615024      PRW
                                       01/16/02  11:05  SR/SR                      PRW
                                         RCVD REBUTAL FROM COLL..GAVE ALL
                                         INFO TO JOHN EMMONS
                                       01/16/02  14:54  SC/SC                      GSZ
                                         RECD COMPLAINT DETAIL FORM ,REBUTTAL
                                         , AND COMPLETED INCIDENT REPORT
                                       03/12/02  15:55  SC/SC                      JE3
                                         SENT ACCOUNT CORRECTION FORM TO
                                         SANDY ROBBINS TO ISSUE DB A REFUDN
                                         CHECK OF 70 DOLLARS
                                       03/17/02  12:32  BK/CO                      SRO
                                         FWD TO REP TO PROCESS 70.00 NSF
                                         BANK FEES
                                       03/26/02  15:09  BK/CO                      WLH
                                         REFUND CK 1007 SENT
                                       03/26/02  15:09  BK/CO                      WLH
                                         REFUND CK 1007 WAS FOR  70.00
                                       04/05/02  07:01  CS/82                      SYS
                                       04/05/02  07:01  AM/RE                      SYS
                                         FINAL RECALL - FN NE
                                       10/22/02  13:06  CC/CC   ADDRESS 1          TWI
                                       10/22/02  13:06  CC/CC   ADDRESS 2          TWI
                                       10/22/02  13:06  CC/CC                      TWI
                                         CSZ-                    00000
                                       10/22/02  13:06  IM/SC                      TWI
                                         REC D SUMMONS AND COMPLAINT FROM
                                         REGISTERED AGENT.  FAXED COPY WITH
                                         NOTES TO ATTNY D. ISRAEL TO HANDLE
                                       10/22/02  13:06  TA/     AX9                TWI


Date Printed: Oct 22, 2002
```



Deborah L. Belle
6428 Highbanks Court
Elkridge, MD 21075

November 26, 2001

NCO Corporate Headquarters
500 North Franklin Turnpike
Ramsey, NJ 07446

Re: Account #466666

Dear Sir or Madam:

I am writing regarding collection practices by your company that may be against Fair Debt Collection Practices. A check was cashed on my account for a payment amount I other than what I stated. I also told a collector to destroy other checks, I believe those checks have not been destroyed. I have been in contact with "Mr. Ewald" regarding these issues, I believe he has lied to me regarding my payments on this collection account.

Mr. Ewald first contacted me on October 10, 2001 regarding a collection for American Express. I told Mr. Ewald that I would mail a payment once I could look at my bank account. He told me "due to the events of September 11, 2001 NCO would no longer accept payments through the mail." He said he would take post-dated checks over the telephone. Unfortunately, I did not know my rights to collections as I do now. Mr. Ewald told me I would incur substantial penalties if I did not make the payment. He told me he could break the payments into three separate payments to avoid further fees. At the time, I felt pressured into this agreement. I gave him three check numbers to use for post-dated checks; each payment would be $275.00. As the date approached for the first payment I realized I would need to amend the payment amount, as I had accumulated many bills while my husband was unemployed. I called Mr. Ewald, I told him I need to make check number 1519 for $175.00 instead of $275.00. He told me that would be "no problem". On November 3, 2001, check #1519 was cashed at my bank for $275.00. I called Mr. Ewald on November 5th, he recalled our conversation regarding the amended check amount. He told me he did not know what happened why that amount went through. I told him a check I wrote was returned for non-sufficient funds because of this error from NCO. He told me to fax anything I had that showed the fees I incurred from this error. (Attached is a copy of that fax). I told him to destroy the other two checks, I would send a payment in the mail. He told me I would incur late fees if NCO did not receive the payments by the 26th day of the month. I told him that I would have to take that chance. (I share this checking account with my husband and he was not agreeable to this situation of post-dated checks over the telephone). I asked that he send me something in writing stating that these checks would be destroyed. He said he could not do that, he had no such form letter.

Today, November 26, 2001 I received a letter from NCO (attached) stating that a check will be deposited on November 30, 2001. I called NCO today and asked again that these checks be voided, I was told they will be. I again asked for something in writing to confirm this, the representative I talked to said she would send me something. I am not taking any chances this month, I am stopping payment on the two aforementioned checks.

I am expecting from NCO: a reimbursement for the $25.00 fee from my bank, a reimbursement for the $25.00 fee from the Meadowridge Landing HOA, and $20.00 for the stop-payment fee from my bank. I am also sending a copy of this letter to my attorney, Jerome S. Lament. I will be asking my attorney to research and possibly file a lawsuit on my behalf.

Sincerely,

Deborah L. Belle