# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH BELLE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation <br><br> and <br><br> JOHN DOE <br><br> Defendants. | NO.   L 02 CV 3309 |

## **ORDER**

Defendant, having moved this Court for Partial Summary Judgment/Dismissal and Award of Costs and Attorney s Fees and upon consideration of Defendant s Motion by this Court, it is on this _____ day of _____, 2004, hereby

ORDERED, that Defendant s Motion for Partial Summary Judgment/Dismissal as to Count I is hereby denied.

IT IS FURTHER ORDERED that Plaintiff voluntarily agrees to dismiss the class allegations contained in her Complaint and to proceed individually as to Count I.

IT IS FURTHER ORDERED that Defendant Motion for Award of Costs and Attorney s Fees is hereby denied.

_____
                              JUDGE

Michael C. Worsham
1916 Cosner Road
Forest Hill, Maryland 21050
(410) 557-6192
Maryland Federal Bar # 25923
Attorney for Plaintiff

Lisa M. Raimondi
Michelle D. Orton
Raimondi & Orton, Ltd.
4305 N. Lincoln Avenue
Chicago, Illinois 60618
(773) 296-6583
Attorneys for Plaintiff

Jonathon E. Claiborne
Jennifer Ryan Lazenby
Whiteford, Taylor & Preston, L.L.P.
400 Court Towers
210 West Pennsylvania Avenue
Towson, MD 21204
(410) 832-2000
Attorneys for Defendants

David Israel
Brian D. Roth
Sessions, Fishman & Nathan, L.L.P.
201 St. Charles Avenue, Suite 350
New Orleans, LA 70170
(504) 582-1500
Attorneys for Defendants