# Raimondi & Orton, Ltd.

ATTORNEYS AT LAW

19 South LaSalle, Suite 1500, Chicago, Illinois 60603
(312) 701-1022  FAX (312)873-4629

Writer's E-mail:lmr@raimondiandorton.com

July 21, 2004

The Honorable Judge Legg
United States District Court
101 W. Lombard Street, Room 3D
Baltimore, MD 21201

      RE: <u>Belle v. NCO Financial Systems, Inc.</u>
           L 02 3309

Dear Judge Legg:

    Currently pending before you in the above-referenced matter is Defendant's Motion for Partial Summary Judgment/Dismissal and Award of Costs and Attorney's Fees. The parties would like to notify you that we have settled the above-referenced matter and will be filing a Stipulation to Dismiss as soon as the settlement agreement is signed by all parties.

Sincerely,

   /s/

Lisa M. Raimondi, Esq.

cc: David Israel
    Brian Roth
    Michael Worsham
    Jonathan Claiborne